**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Samuel Lester HOLLIFIELD, Defendant-Appellant.**

**No. 71-1785.**

United States Court of Appeals, Ninth Circuit.

May 15, 1972.

Kenneth P. Lezin, Mill Valley, Cal., for defendant-appellant.

William C. Smitherman, U. S. Atty., Morton Sitver, Asst. U. S. Atty., Phoenix, Ariz., for plaintiff-appellee.

Before MERRILL, ELY, and WRIGHT, Circuit Judges.

PER CURIAM:

Hollifield was convicted for having threatened the life of the President of the United States, 18 U.S.C. § 871.

His contention that the prosecution's evidence was insufficient must be rejected upon the authority of Roy v. United States, 416 F.2d 874 (9th Cir. 1969) and United States v. Melendy, 438 F.2d 531 (9th Cir. 1971). *See also* United States v. Hart, 457 F.2d 1087 (10th Cir. 1972).

Hollifield's other contention, that he did not enter an intelligent waiver of a jury trial, has no merit whatsoever. He made his waiver in writing, and he, at the time, was represented by an attorney.

Affirmed.

**Kenneth SAILER, Petitioner-Appellant,**

v.

**Walter E. CRAVEN, Warden, Respondent-Appellee.**

**No. 71-1676.**

United States Court of Appeals, Ninth Circuit.

May 22, 1972.

Lawrence J. Koncz, San Francisco, Cal., for petitioner-appellant.

Evelle J. Younger, Atty. Gen., Edward T. Fogel, Jr., Russell Iungerich, Deputy Attys. Gen., Doris H. Maier, Herbert L. Ashby, Asst. Attys. Gen., Los Angeles, Cal., for respondent-appellee.

Before CHAMBERS, ELY and HUFSTEDLER, Circuit Judges.

PER CURIAM:

In this state habeas corpus case, the district court dismissed the petition for failure to exhaust state remedies.

Thereupon, Sailer took this federal appeal. Also, he went back to the state court where he obtained no relief. The appellee concedes that he has now exhausted his state remedies and that the federal constitutional issues are presented for consideration in a new habeas corpus petition now filed by Sailer in the District Court.

One arrow in the quiver has to go. We conclude it is this appeal.

The appeal is dismissed.